UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCHYLAR F. WEST,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. C09-5741BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 16). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Report and Recommendation is **ADOPTED**;

(2) The decision of the Administrative Law Judge is **REVERSED** and this action is **REMANDED** to the Social Security Administration for further administrative proceedings in accordance with the Report and Recommendation.

DATED this 6th day of January, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER