# United States District Court

WESTERN DISTRICT OF WASHINGTON

SCHYLAR F. WEST,

           v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

CASE NO. C09-5741BHS

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Report and Recommendation is **ADOPTED**; and

(2)    The decision of the Administrative Law Judge is **REVERSED** and this action is **REMANDED** to the Social Security Administration for further administrative proceedings in accordance with the Report and Recommendation.

| January 6, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                      *s/ Mary Trent*
                                                       Deputy Clerk